```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  JASMER SINGH SIDHU,           )   1: 06 CV 1536 AWI-DLB
                                  )
11         Plaintiff,             )
                                  )
12      v.                        )
                                  )   DEFENDANT'S REQUEST FOR AN
13  MICHAEL CHERTOFF, et. al.,    )   EXTENSION OF TIME AND PROPOSED
                                  )   ORDER
14         Defendants.            )
    _____)
15
```

16    The United States hereby requests a 60-day extension of time
17 until March 2, 2007, to file its answer.  This motion is based
18 on the attached declaration of Assistant U.S. Attorney Carolyn K.
19 Delaney.

20 DATED: December 26, 2006            Respectfully submitted,

21                                     McGREGOR W. SCOTT
                                       United States Attorney
22
                                       /s/ Carolyn K. Delaney
23
                                       By
24                                     CAROLYN K. DELANEY
                                       Assistant U.S. Attorney
25 ///
   ///
26 ///
   ///
27 ///
   ///
28

                                1

1  Pursuant to the defendant's request for an extension of time, it is
2  hereby **ordered** that the defendant be granted an extension of time
3  until March 2, 2007.
4  DATED: December 27, 2006

             /s/ *Dennis L. Beck*
             Honorable Dennis L. Beck
             United States Magistrate Judge

<u>D E C L A R A T I O N</u>

I, CAROLYN K. DELANEY, declare as follows:

1.  I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2.  The sole person responsible for handling civil immigration matters in the Eastern District of California is Assistant U.S. Attorney Audrey B. Hemesath.  Thus, this case is assigned to Ms. Hemesath.

3.  On December 14, 2006, Ms. Hemesath had to take a sudden medical leave of absence due to pregnancy-related hyperemesis (severe vomiting).  Ms. Hemesath anticipates that her condition will preclude her from returning to work for at least an additional four to six weeks.

4.  Ms. Hemesath is the only person in this office with the unique expertise to handle the present matter.

5.  The defendant's answer is due on January 2, 2007.

6.  The defendant has not previously requested any extensions of time in which to file its answer.

7.  The defendant is not in custody.

8.  Based upon Ms. Hemesath's urgent medical condition I am requesting an extension of the time for filing the government's answer.  Accordingly, defendant respectfully requests an extension, until March 2, 2007, in which to file the answer.

9.  On December 26, 2006, I corresponded by email with Peter Singh, the attorney for the plaintiff, and informed him that I would be applying for this extension of time.  He indicated that he had no objection to my request.

1  I declare under the penalties of perjury that foregoing is
2 true and correct to the best of my knowledge.
3 Executed this 26th day of December, 2006.

5                                        /s/ Carolyn K. Delaney
6                                        _____
                                         CAROLYN K. DELANEY