McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIR SINGH SIDHU,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>            Defendants.<br>_____ | CV F 06 CV 1536 AWI-DLB<br><br>DEFENDANTS' REQUEST FOR A<br>CONTINUATION OF SCHEDULING<br>CONFERENCE AND PROPOSED ORDER |

The United States hereby requests a 30-day continuance for the scheduling conference currently set for January 30, 2007. This request is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: January 17, 2007          Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Carolyn K. Delaney

                                 By
                                 CAROLYN K. DELANEY
                                 Assistant U.S. Attorney

///
///
///
///
///
///

1

1  Pursuant to the defendants' request, it is hereby **ordered** that the
2  scheduling conference currently set for January 30, 2007 be reset
3  for February 27, 2007 at 8:45 a.m..
4
5      IT IS SO ORDERED.
6      **Dated:   January 17, 2007**                    **/s/ Dennis L. Beck**
   3b142a                                         UNITED STATES MAGISTRATE JUDGE