1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JASMER SINGH SIDUE,** ) | **CV F 06-1536 AWI DLB** |
| ) | |
| **Plaintiff**, ) | **ORDER VACATING APRIL 9, 2007** |
| v. ) | **DATE AND TAKING MOTION TO** |
| ) | **DISMISS UNDER SUBMISSION** |
| ) | |
| **MICHAEL CHERTOFF, SECRETARY** ) | |
| **OF HOMELAND SECURITY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

    Defendants have filed a motion to dismiss this action as moot because Plaintiff's application for naturalization has been denied.   Pursuant to Local Rule 78-230(c), Plaintiff was required to file any opposition no later than March 26, 2007.   Plaintiff has not filed an opposition or notice of non-opposition to Defendants' motion. Due to Plaintiff's failure to file a timely opposition, Plaintiff is entitled to be heard at oral argument in opposition to Defendants' motion. See 78-230(c). The court has reviewed Defendants motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED:

        1.    The previously set hearing date of April 9, 2007,  is VACATED, and no party shall appear at that time;

2. As of April 9, 2007, the court will take Defendants' motion under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     April 3, 2007**                                      **/s/ Anthony W. Ishii**
0m8i78                                                                    UNITED STATES DISTRICT JUDGE

2